IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| JOHN N. HOOPER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  No. 00cv2893- JPM-tmp |
| | ) |
| PUBLIC PROPERTIES | ) |
| MANAGEMENT, INC. | ) |
| (PPM, INC.), *et al.*, | ) |
| | ) |
| Defendants. | ) |

## ORDER GRANTING EXTENSION OF TIME TO DEFENDANT MICHAEL JONES TO ANSWER OR OTHERWISE RESPOND

This matter came before the Court upon the Motion of Defendant Michael Jones to extend the time within which he may answer or otherwise respond to Plaintiff's Third Amended Complaint herein. It appears to the Court that good cause has been shown and that the motion of Defendant Michael Jones is well-taken and should be granted.

IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED that Defendant Michael Jones may have an extension of time up to and including May 18, 2005 within which to answer or otherwise respond to Plaintiff's Third Amended Complaint.

_____
UNITED STATES DISTRICT JUDGE

DATE: A-20, 2005

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 4-21-05

(440)

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 440 in case 2:00-CV-02863 was distributed by fax, mail, or direct printing on April 21, 2005 to the parties listed.

---

Stephen Smith
3904 Auburn Rd
Phonix City, AL 36870

Harold E. Smith
4824 Stone Park Blvd
Olive Branch, MS 38654

Dave W. Dogan
7191 Kingsland
Memphis, TN 38125

P. Preston Wilson
GOTTEN WILSON & SAVORY
200 Jefferson Avenue
Ste. 900
Memphis, TN 38103

John K. Walsh
HANOVER WALSH JALENAK & BLAIR
22 N. Front Street
5th Floor
Memphis, TN 38103--210

Seymour S. Rosenberg
ROSENBERG LAW OFFICE
371 Carroll Ave.
Memphis, TN 38105

Richard J. Pober
POBER ROSS & PASQUINI
P.O. Box 710
Westport, CT 06881

Charles R. Perkins
LAW OFFICE OF CHARLES R. PERKINS
100 N. Main St.
Ste. 2626
Memphis, TN 38103

Gordon B. Olswing
CHARLES R. PERKINS LAW OFFICES
100 N. Main
Suite 2626
Memphis, TN 38103

James R. Newsom
HARRIS SHELTON HANOVER WALSH, PLLC.
One Commerce Square
Ste. 2700
Memphis, TN 38103--255

Jonathan P. Lakey
PIETRANGELO COOK
6410 Poplar
Ste. 190
Memphis, TN 38119

J. Alan Hanover
HANOVER WALSH JALENAK & BLAIR
22 N. Front Street
5th Floor
Memphis, TN 38103--210

Jeffrey K. Fleishmann
WYATT TARRANT & COMBS, LLP- Memphis
1715 Aaron Brenner Dr.
Ste. 800
Memphis, TN 38120

Robert E. Craddock
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

Honorable Jon McCalla
US DISTRICT COURT