IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

```
                                    FILE

                             05 APR 25 AM 11: 1.

                             ROBERT R. DI    CLIO
                             CLERK, U.S. DI   CT.
                             W.D. OF TN, MEMPHIS
```

JOHN N. HOOPER,                    )
                                   )
        Plaintiff,                 )
                                   )
v.                                 )   No. 00-2863  M1/P
                                   )
PUBLIC PROPERTIES MANAGEMENT,      )
INC. (PPM, INC.) et al.,           )
                                   )
        Defendants.                )

---

## ORDER FOLLOWING STATUS CONFERENCE

---

The Court held a status conference in this case on Friday, April 22, 2005. Pursuant to the discussion during the conference, the Court sets the following schedule in this case:

Trial: <u>Monday, November 28, 2005, at 9:30 a.m.</u>

Pretrial Conference: <u>Monday, November 21, 2005, at 9:00 a.m.</u>

Pretrial Order: <u>Monday, November 14, 2005, at 4:30 p.m.</u>

Further, the parties shall promptly consult and submit a joint proposed scheduling order in this case. If the parties are unable to reach agreement regarding a scheduling order, the United States Magistrate Judge shall establish a scheduling order consistent with the above trial schedule.

ENTERED this _22_ day of April, 2005.

Jon P. McCalla
JON P. McCALLA
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on _4-26-05_

443

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 443 in
case 2:00-CV-02863 was distributed by fax, mail, or direct printing on
April 26, 2005 to the parties listed.

---

Robert E. Craddock
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

Richard J. Pober
POBER ROSS & PASQUINI
P.O. Box 710
Westport, CT 06881

Charles R. Perkins
LAW OFFICE OF CHARLES R. PERKINS
100 N. Main St.
Ste. 2626
Memphis, TN 38103

Jonathan P. Lakey
PIETRANGELO COOK
6410 Poplar
Ste. 190
Memphis, TN 38119

James R. Newsom
HARRIS SHELTON HANOVER WALSH, PLLC.
One Commerce Square
Ste. 2700
Memphis, TN 38103--255

Stephen Smith
3904 Auburn Rd
Phonix City, AL 36870

Harold E. Smith
4824 Stone Park Blvd
Olive Branch, MS 38654

Jeffrey K. Fleishmann
WYATT TARRANT & COMBS, LLP- Memphis
1715 Aaron Brenner Dr.
Ste. 800
Memphis, TN 38120

J. Alan Hanover
HANOVER WALSH JALENAK & BLAIR
22 N. Front Street
5th Floor
Memphis, TN 38103--210

Gordon B. Olswing
CHARLES R. PERKINS LAW OFFICES
100 N. Main
Suite 2626
Memphis, TN 38103

Dave W. Dogan
7191 Kingsland
Memphis, TN 38125

P. Preston Wilson
GOTTEN WILSON & SAVORY
200 Jefferson Avenue
Ste. 900
Memphis, TN 38103

John K. Walsh
HANOVER WALSH JALENAK & BLAIR
22 N. Front Street
5th Floor
Memphis, TN 38103--210

Seymour S. Rosenberg
ROSENBERG LAW OFFICE
371 Carroll Ave.
Memphis, TN 38105

Honorable Jon McCalla
US DISTRICT COURT