IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

|  |  |  |
|---|---|---|
| JOHN N. HOPPER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civ. No. <u>00-2863-Ml/P</u> |
| | ) | |
| DAVID S. WOLFE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER FOLLOWING HEARING GRANTING DEFENDANT'S MOTION TO COMPEL

Before the court is defendants Public Properties Management, Inc. and David S. Wolfe's Motion to Compel, filed March 28, 2005 (dkt #404). In the motion, the defendants ask the court to order the plaintiff to respond fully to interrogatories numbers 11, 12, 13, 14, and 16, which were propounded on the plaintiff on April 17, 2001. On April 11, 2005, the plaintiff filed his response to the motion. Defendants filed a reply on May 3, 2005. On May 5, 2005, the court held a hearing on the motion. Counsel for all interested parties were present and heard. The parties agreed that the interrogatories were proper and had been previously responded to by the plaintiff, but disagreed on whether the responses were complete or sufficiently specific. At the conclusion of the hearing, and based on the arguments of counsel, the submitted briefs, and the

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on <u>5-6-05</u>



entire record, the court concluded that the plaintiff's interrogatory responses were not complete and lacked the necessary specificity required under Fed.R.Civ.P. 33. The court granted the motion to compel, requiring as follows:

Plaintiff shall provide defendants with an updated schedule (similar to the schedule attached to plaintiff's May 5, 2003 letter sent to defense counsel Craddock) setting forth in detail the monies that plaintiff alleges defendants misappropriated and which form the basis for plaintiff's damages in this case. The schedule must itemize each check, payment or transaction which plaintiff claims was misappropriated by the defendants, and must contain a description of the facts, bases or opinions which plaintiff contends support or refute plaintiff's contention that defendants improperly used or diverted funds or assets belonging to the partnership. These responses shall be provided to defendants by June 15, 2005.

IT IS SO ORDERED.

TU M. PHAM
United States Magistrate Judge

5/5/05
Date

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 447 in case 2:00-CV-02863 was distributed by fax, mail, or direct printing on May 6, 2005 to the parties listed.

---

P. Preston Wilson
GOTTEN WILSON & SAVORY
200 Jefferson Avenue
Ste. 900
Memphis, TN 38103

James R. Newsom
HARRIS SHELTON HANOVER WALSH, PLLC.
One Commerce Square
Ste. 2700
Memphis, TN 38103--255

Jonathan P. Lakey
PIETRANGELO COOK
6410 Poplar
Ste. 190
Memphis, TN 38119

John K. Walsh
HARRIS SHELTON HANOVER WALSH, PLLC
One Commerce Square
Ste. 2700
Memphis, TN 38103

J. Alan Hanover
HARRIS SHELTON HANOVER WALSH, PLLC
One Commerce Square
Ste. 2700
Memphis, TN 38103

Jeffrey K. Fleishmann
WYATT TARRANT & COMBS, LLP- Memphis
1715 Aaron Brenner Dr.
Ste. 800
Memphis, TN 38120

...

Richard J. Pober
POBER ROSS & PASQUINI
P.O. Box 710
Westport, CT 06881

Gordon B. Olswing
CHARLES R. PERKINS LAW OFFICES
100 N. Main
Suite 2626
Memphis, TN 38103

Charles R. Perkins
LAW OFFICE OF CHARLES R. PERKINS
100 N. Main St.
Ste. 2626
Memphis, TN 38103

Harold E. Smith
4824 Stone Park Blvd
Olive Branch, MS 38654

Seymour S. Rosenberg
ROSENBERG LAW OFFICE
371 Carroll Ave.
Memphis, TN 38105

Stephen Smith
3904 Auburn Rd
Phonix City, AL 36870

Dave W. Dogan
7191 Kingsland
Memphis, TN 38125

Robert E. Craddock
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

Honorable Jon McCalla
US DISTRICT COURT