FILED BY ___ D.C.

**UNITED STATES DISTRICT COURT FOR THE** 05 JUN -1 PM 4: 06
**WESTERN DISTRICT OF TENNESSEE, WESTERN DIVISION**

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

JOHN N. HOOPER,                              )
                                             )
                Plaintiff,                   )
                                             )
        v.                                   )          CASE NO. OOcv2863-ML/P
                                             )
PUBLIC PROPERTIES                            )
MANAGEMENT, INC. (PPM, INC.)                 )
et al.,                                      )
                                             )
                Defendants.                  )
                                             )

---

### ORDER GRANTING DEFENDANTS LAUREN L. REAGER AND WELLS FARGO BANK'S MOTION FOR LEAVE TO FILE REPLY

This matter came before the Court upon the motion of Defendants Lauren L. Reager and Wells Fargo Bank As Trustee Of The Lauren L. Reager, M.D. Pension Plan Trust for leave to file a reply memorandum in support of their motion to dismiss. It appears to the Court that good cause has been shown for the filing of a reply and therefore FINDS the motion is well taken and should be granted.

It is therefore ORDERED that Defendants Lauren L. Reager and Wells Fargo Bank As Trustee Of The Lauren L. Reager, M.D. Pension Plan Trust's may file a reply memorandum in support of their pending motion to dismiss. The deadline for the filing of this reply is June 2, 2005. The page limit for the reply is 10 pages.

IT IS SO ORDERED THIS ___1 day of __June__, 2005.

JON P. McCALLA
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on _6-2-05_

454

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 454 in case 2:00-CV-02863 was distributed by fax, mail, or direct printing on June 2, 2005 to the parties listed.

---

J. Alan Hanover
HARRIS SHELTON HANOVER WALSH, PLLC
One Commerce Square
Ste. 2700
Memphis, TN 38103

Harold E. Smith
4824 Stone Park Blvd
Olive Branch, MS 38654

P. Preston Wilson
GOTTEN WILSON & SAVORY
200 Jefferson Avenue
Ste. 900
Memphis, TN 38103

Robert E. Craddock
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

Jeffrey K. Fleishmann
WYATT TARRANT & COMBS, LLP- Memphis
1715 Aaron Brenner Dr.
Ste. 800
Memphis, TN 38120

Gordon B. Olswing
CHARLES R. PERKINS LAW OFFICES
100 N. Main
Suite 2626
Memphis, TN 38103

Richard J. Pober
POBER ROSS & PASQUINI
P.O. Box 710
Westport, CT 06881

Jonathan P. Lakey
PIETRANGELO COOK
6410 Poplar
Ste. 190
Memphis, TN 38119

Charles R. Perkins
LAW OFFICE OF CHARLES R. PERKINS
100 N. Main St.
Ste. 2626
Memphis, TN 38103

James R. Newsom
HARRIS SHELTON HANOVER WALSH, PLLC.
One Commerce Square
Ste. 2700
Memphis, TN 38103--255

John K. Walsh
HARRIS SHELTON HANOVER WALSH, PLLC
One Commerce Square
Ste. 2700
Memphis, TN 38103

Seymour S. Rosenberg
ROSENBERG LAW OFFICE
371 Carroll Ave.
Memphis, TN 38105

Dave W. Dogan
7191 Kingsland
Memphis, TN 38125

Stephen Smith
3904 Auburn Rd
Phonix City, AL 36870

Honorable Jon McCalla
US DISTRICT COURT